**Electronically Filed
Supreme Court
SCWC-17-0000838
29-JUN-2022
01:36 PM
Dkt. 17 ODAC**

SCWC-17-0000838

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

WARNE KEAHI YOUNG, Petitioner/Plaintiff-Appellant,

v.

HAWAII ISLAND HUMANE SOCIETY S.P.C.A., a non-profit corporation;
DONNA WHITAKER, Individually and in her official capacity as
Executive Director of the Hawaii Island Humane Society S.P.C.A.;
and STARR K. YAMADA, Individually and in her official capacity
as Humane Officer, Respondents/Defendants-Appellees/Cross-
Claimants,
and
MICHAEL G.M. OSTENDORP; CARROL COX; DARLEEN R.S. DELA CRUZ,
Respondents/Defendants-Appellees/Cross-Defendants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000838; Civil No. 3CC141000263)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

The application for writ of certiorari filed on May 9, 2022, by Petitioner/Plaintiff-Appellant Warne Keahi Young is hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 29, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

